Cindy A. Cohn, Esq. (SBN 145997)
Fred von Lohmann, Esq. (SBN 192657)
Jason Schultz, Esq. (SBN 212600)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

Attorneys for Plaintiff
JIBJAB MEDIA INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIBJAB MEDIA INC., | No. C 04 3097 (PVT) |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| LUDLOW MUSIC, INC., | |
| Defendant | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff JIBJAB MEDIA INC. hereby voluntarily dismisses the above-captioned action without prejudice.

DATED: August 24, 2004

By _____
Cindy A. Cohn, Esq. (SBN 145997)
Fred von Lohmann, Esq. (SBN 192657)
Jason Schultz, Esq. (SBN 212600)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333 x112
Facsimile:   (415) 436-9993

Attorneys for Plaintiff
JIBJAB MEDIA INC.

-1-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE